# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | **EDCV24-02672-JGB** | Date | May 21, 2026 |
| Title: | ***Tara Castillo V. A Place for Mom, Inc.*** | | |

Present: The Honorable    Jesus G. Bernal, U.S. District Judge

| | |
|---|---|
| Maynor Galvez | CS-RS-1 |
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eduardo Olivo | C. Bryan Wilson/Elizabeth Anne Mitchell<br>Jennalee Beaszly |

_____ Day Court Trial    _____3_____ Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    X  Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to    May 22, 2026, at 9:00 a.m.    for further trial/further jury deliberation.

_____ Other:

_____5_____ : _____30_____

Initials of Deputy Clerk    MG

cc: