**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

**WILLIAMS & CONNOLLY LLP**
C. Bryan Wilson (*pro hac vice*)
Jennalee Beazley (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
cwilson@wc.com
jbeazley@wc.com

*Attorneys for Defendant*
*A Place For Mom, Inc.*

**OLIVO & ASSOCIATES**
Eduardo Olivo (State Bar No. 150363)
13181 Crossroads Parkway North, Suite 340
City of Industry, California 91746
Telephone: (562) 697-2440
Facsimile: (562) 697-2443
*EOlivo@olivo.com*

*Attorney for Plaintiff/Counter-Defendant*
*Tarra Castillo*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TARRA CASTILLO, an individual, | Case No. 5:24-cv-02672-JGB-DTB |
| Plaintiff/Cross-Defendant, | *Honorable Jesus G. Bernal* |
| v. | **JOINT [PROPOSED] SPECIAL VERDICT FORMS** |
| A PLACE FOR MOM, INC., a Delaware corporation, and DOES 1 through 20, inclusive, | FPTC:  April 27, 2026<br>Trial:   May 12, 2026 |
| Defendants/Cross-Claimants. | |

*[PROPOSED] SPECIAL VERDICT FORMS*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant/Cross-Claimant A Place for Mom, Inc. ("APFM") and Plaintiff Tarra Castillo hereby submit as Exhibits A and B their Joint Proposed Special Verdict forms for Phase I (Liability and Damages) of Trial as follows:

*Claims: Castillo v. A Place For Mom, Inc.:*

- Exhibit A is the Proposed Special Verdict Form for Phase I.

*Counterclaims: A Place For Mom, Inc. v. Castillo:*

- Exhibit B is the Proposed Special Verdict Form for Phase I.

Respectfully submitted,

Dated: May 27, 2026                **UMHOFER, MITCHELL & KING LLP**

/s/ *Elizabeth A. Mitchell*
Matthew Donald Umhofer
Elizabeth A. Mitchell

**WILLIAMS & CONNOLLY LLP**
C. Bryan Wilson
Jennalee Beazley

*Attorneys for Defendant/Cross-Claimant A Place For Mom, Inc.*

Dated: May 27, 2026                **OLIVO & ASSOCIATES**

/s/ *Eduardo Olivo*
Eduardo Olivo

*Attorney for Plaintiff/Counter-Defendant Tarra Castillo*

*Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

/s/ *Elizabeth A. Mitchell*
Elizabeth A. Mitchell

1

*[PROPOSED] SPECIAL VERDICT FORMS*