# EXHIBIT A

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TARRA CASTILLO, an individual,<br><br>    Plaintiff/Cross-Defendant,<br><br>    v.<br><br>A PLACE FOR MOM, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants/Cross-Claimants. | Case No. 5:24-cv-02672-JGB-DTB<br><br>*Honorable Jesus G. Bernal*<br><br>**JOINT [PROPOSED] SPECIAL VERDICT FORM – *Castillo v. A Place For Mom, Inc.***<br><br>Trial:  May 19, 2026 |

**<u>SPECIAL VERDICT  - *Castillo v. A Place For Mom, Inc.*</u>**

**<u>DISCRIMINATION</u>**

**<u>Question No. 1</u>:**

Was A Place for Mom, Inc. an employer of Tarra Castillo?

Yes _X____ No _____

This box is already checked "yes" because the parties have stipulated to this fact. Go to Question No. 2.

**<u>Question No. 2</u>:**

Was Tarra Castillo an employee of A Place for Mom, Inc.?

Yes __X___ No _____

This box is already checked "yes" because the parties have stipulated to this fact. Go to Question No. 3.

**<u>Question No. 3</u>:**

Did A Place for Mom, Inc. [discharge] Tarra Castillo [or subject her to an adverse employment action]?

Yes _____ No _____

Go to Question No. 4.

**<u>Question No. 4</u>:**

Did A Place for Mom, Inc. know that Tarra Castillo had a physical disability, or a history of having a physical disability?

Yes _____ No _____

1

*JOINT [PROPOSED] SPECIAL VERDICT FORM*
*Castillo v. A Place For Mom, Inc.*

If your answer to Question No. 4 is "Yes," answer Question No. 5.  If your answer is "No," go to Question No. 8.

**Question No. 5:**

Was Tarra Castillo able to perform the essential duties of her job with or without a reasonable accommodation for her physical disability?

Yes _____ No _____

If your answer to Question No. 5 is "Yes," answer Question No. 6.  If your answer is "No," go to Question No. 8.

**Question No. 6:**

Was Tarra Castillo's physical disability and/or history of having a physical disability, a substantial motivating reason for A Place for Mom, Inc.'s decision to [discharge Tarra Castillo] [or subject Tarra Castillo to an adverse employment action]?

Yes _____ No _____

If your answer to Question No. 6 is "Yes," answer Question No. 7. If your answer is "No," go to Question No. 8.

**Question No. 7:**

Was the [discharge] [adverse employment action] a substantial factor in causing harm to Tarra Castillo?

Yes _____ No _____

Go to Question No. 8.

2

*JOINT [PROPOSED] SPECIAL VERDICT FORM*
*Castillo v. A Place For Mom, Inc.*

## **RETALIATION CAUSES OF ACTION**

**Question No. 8:**

Did Tarra Castillo request an accommodation (medical leave) for her physical disability, and/or complain of discrimination and/or retaliation?

Yes _____ No _____

If your answer to Question No. 8 is "Yes", answer Question No. 9. If your answer is "No," go to Question No. 11.

**Question No. 9:**

Was Tarra Castillo's request for an accommodation (medical leave), and/or her complaints of discrimination and/or retaliation, a substantial motivating reason for A Place for Mom, Inc.'s decision to [discharge Tarra Castillo] [or subject Tarra Castillo to an adverse employment action]?

Yes_____ No_____

If your answer to Question No. 9 is "Yes", answer Question No. 10. If your answer is "No," go to Question No. 11.

**Question No. 10:**

Was the [discharge] [adverse employment action] a substantial factor in causing harm to Tarra Castillo?

Yes _____ No _____

Go to Question No. 11.

3

**COMPENSATORY DAMAGES**

**Question No. 11:**

If you answered "Yes" to Question Nos. 7 <u>OR</u> 10, please add up and state the total amount of damages to be awarded to Tarra Castillo on all causes of action to which you answered "Yes" above and found liability.

If you answered "No" to Question Nos. 7 <u>AND</u> 10, or if you did not answer Questions 7 <u>AND</u> 10, do not answer this question or any other question on this form. Have the foreperson date and sign this Special Verdict form at the end of the last page.

(***Note:*** If you decide that Tarra Castillo prevails on more than one of the above causes of action and if the damages she suffered on different causes of action are identical, count that damage only once. Do not award duplicative damages.)

Past economic loss:        $_____

Future economic loss:       $_____

Past non-economic loss:    $_____

Future non-economic loss:  $_____

**TOTAL:**                  $_____

If you wrote any damages above, go to Question No. 12.

4

*JOINT [PROPOSED] SPECIAL VERDICT FORM*
*Castillo v. A Place For Mom, Inc.*

## MALICE, OPPRESSION, OR FRAUD

**Question No. 12:**

Has Tarra Castillo met her burden of proving by clear and convincing evidence that a managing agent, director, or officer of A Place for Mom, Inc. engaged in conduct with malice, oppression, or fraud?

Yes _____ No_____

Stop here and have the presiding juror sign and date this form. Answer the questions on the other verdict form if you have not already done so.

Signed: _____

               Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

5

*JOINT [PROPOSED] SPECIAL VERDICT FORM*
*Castillo v. A Place For Mom, Inc.*