**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

**WILLIAMS & CONNOLLY LLP**
C. Bryan Wilson (*pro hac vice*)
Jennalee Beazley (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
cwilson@wc.com
jbeazley@wc.com

*Attorneys for Defendant*
*A Place For Mom, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TARRA CASTILLO, an individual,<br><br>Plaintiff/Cross-Defendant,<br><br>v.<br><br>A PLACE FOR MOM, INC.,<br><br>Defendants/Cross-Claimants. | Case No. 5:24-cv-02672-JGB-DTB<br><br>*Honorable Jesus G. Bernal*<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT** |

*NOTICE OF LODGING [PROPOSED] JUDGMENT*

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By and through the undersigned counsel hereby lodge Defendant's [Proposed] Judgment, attached hereto as Exhibit A.

Dated: June 3, 2026                    Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell

WILLIAMS & CONNOLLY LLP
C. Bryan Wilson (pro hac vice)
Jennalee Beazley (pro hac vice)

*Attorneys for Defendant A Place for Mom*

1

*NOTICE OF LODGING [PROPOSED] JUDGMENT*