**UMHOFER, MITCHELL & KING LLP**
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027
matthew@umklaw.com
elizabeth@umklaw.com

**WILLIAMS & CONNOLLY LLP**
C. Bryan Wilson (*pro hac vice*)
Jennalee Beazley (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
cwilson@wc.com
jbeazley@wc.com

*Attorneys for Defendant*
*A Place For Mom, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TARRA CASTILLO, an individual, | Case No. 5:24-cv-02672-JGB-DTB |
| Plaintiff/Cross-Defendant, | *Honorable Jesus G. Bernal* |
| v. | **[PROPOSED] JUDGMENT** |
| A PLACE FOR MOM, INC., | |
| Defendants/Cross-Claimants. | |

*JUDGMENT*

# **FINAL JUDGMENT**

All claims having now been determined pursuant to the jury's verdict, and there being no reason for delay, entry of final judgment is appropriate. Accordingly, IT IS ORDERED, ADJUDGED AND DECREED:

1.  Judgment is entered in favor of Defendant A PLACE FOR MOM, INC. and against Plaintiff TARRA CASTILLO on ALL Plaintiff's claims, including:
    a.  Discrimination on the basis of disability;
    b.  Retaliation on the basis of request for accommodation; and
    c.  Retaliation for opposing practices forbidden by the California Fair Employment and Housing Act.
2.  Judgment is entered in favor of Defendant A PLACE FOR MOM, INC. and against Plaintiff TARRA CASTILLO on Defendant A PLACE FOR MOM, INC.'s counterclaims for:
    a.  Intentional Misrepresentation (Fraud);
    b.  Negligent Misrepresentation (Fraud); and
    c.  Breach of Fiduciary Duty.
3.  Plaintiff TARRA CASTILLO shall take nothing.
4.  Defendant A PLACE FOR MOM, INC. shall recover costs from Plaintiff TARRA CASTILLO pursuant to Federal Rule of Civil Procedure 54(d)(1).

THIS IS A FINAL ORDER.

DATED: _____, ____ 2026

_____
Hon. Jesus G. Bernal
United States District Judge

1
*JUDGMENT*