# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. **EDCV24-02672-JGB** | Date May 28, 2026 |
| Title: ***Tara Castillo V. A Place for Mom, Inc.*** | |

Present: The Honorable    Jesus G. Bernal, U.S. District Judge

| Maynor Galvez | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eduardo Olivo | C. Bryan Wilson/Elizabeth Anne Mitchell<br>Jennalee Beaszly |

_____ Day Court Trial    7th    Day Jury Trial

___ One day trial: ___ Begun (1st day); ___ Held & Continued; **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.

___ Plaintiff(s) rest.    ___ Defendant(s) rest.

**X** Closing arguments made by    **X** plaintiff(s)    **X** defendant(s).    **X** Court instructs jury.

**X** Bailiff(s) sworn.    **X** Jury retires to deliberate.    **X** Jury resumes deliberations.

**X** Jury Verdict in favor of    ___ plaintiff(s)    **X** defendant(s) is read and filed.

**X** Jury polled.    ___ Polling waived.

**X** Filed Witness & Exhibit Lists    **X** Filed jury notes.    **X** Filed jury instructions.

___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).

**X** Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    **X** defendant(s).

___ Case submitted.    ___ Briefs to be filed by _____

___ Motion to dismiss by _____    is ___ granted.    ___ denied.    ___ submitted.

___ Motion for mistrial by _____    is ___ granted.    ___ denied.    ___ submitted.

**X** Motion for Judgment/Directed Verdict by    Dkt Nos 102 & 103    is ___ granted.    **X** denied.    ___ submitted.

___ Settlement reached and placed on the record.

**X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

___ Case continued to _____ for further trial/further jury deliberation.

**X** Other:    All lodged depositions are returned to counsel.

4 : 00

Initials of Deputy Clerk    MG

cc: