JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

TARRA CASTILLO, an individual,

　　　　Plaintiff/Cross-Defendant,

　　v.

A PLACE FOR MOM, INC.,

　　　　Defendants/Cross-Claimants.

Case No. 5:24-cv-02672-JGB-DTB

*Honorable Jesus G. Bernal*

**JUDGMENT**

*JUDGMENT*

## **FINAL JUDGMENT**

All claims having now been determined pursuant to the jury's verdict, and there being no reason for delay, entry of final judgment is appropriate. Accordingly, IT IS ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Defendant A PLACE FOR MOM, INC. and against Plaintiff TARRA CASTILLO on ALL Plaintiff's claims, including:
   a. Discrimination on the basis of disability;
   b. Retaliation on the basis of request for accommodation; and
   c. Retaliation for opposing practices forbidden by the California Fair Employment and Housing Act.

2. Judgment is entered in favor of Defendant A PLACE FOR MOM, INC. and against Plaintiff TARRA CASTILLO on Defendant A PLACE FOR MOM, INC.'s counterclaims for:
   a. Intentional Misrepresentation (Fraud);
   b. Negligent Misrepresentation (Fraud); and
   c. Breach of Fiduciary Duty.

3. Plaintiff TARRA CASTILLO shall take nothing.

4. Defendant A PLACE FOR MOM, INC. shall recover costs from Plaintiff TARRA CASTILLO pursuant to Federal Rule of Civil Procedure 54(d)(1).

THIS IS A FINAL ORDER.

DATED: June 25, 2026

Hon. Jesus G. Bernal
United States District Judge

1
*JUDGMENT*